**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   SEP 07 2005   ★

LONG ISLAND OFFICE

1. Title of Case: __United States v. Michael Fox__

2. Related Magistrate Docket Number(s)_____

   None (X)

   **CR 05 0654**

   SEYBERT, J.

   BOYLE, M.

3. Arrest Date: _____

4. Nature of offense(s):   X   Felony
   ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____
   __02-1344(JS)__

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                 More than 6 weeks   ( )

7. County in which crime was allegedly committed: __Nassau/Suffolk__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?           (X) Yes  ( ) No

9. Have arrest warrants been ordered?                 ( ) Yes  (X) No

10. Is a capital count included in the indictment?    ( ) Yes  (X) No

                                    ROSLYNN R. MAUSKOPF
                                    UNITED STATES ATTORNEY

                            By:     _____
                                    John G. Martin
                                    Assistant U.S. Attorney
                                    631-715-7837

Rev. 10/01/03