CRIMINAL CAUSE FOR SENTENCING    (Time on bench :50)

Before: Seybert, J.          Date: 10/23/2009 Time: 11:30

Docket number: CR 05-654      Title: USA-V-

Deft name: Michael Fox                                deft: #
  X present ___not present ___in custody  X  on bail

  Atty for deft: Gino Josh Singer                    C.J.A.
        X present        ___not present      X retained

A.U.S.A.: Charles Kelly        Deputy Clerk: C. Baran

U.S.P.O.: N. Pizzo

Court Reporter: P. Lombardi


 X  Case called for sentence. Counsel for all sides present.

 X  Statements of defendant and counsel heard.

 X  Defendant objections to the PSR are noted.

___ Rulings re: Guidelines are entered on the record.

___ PSR adopted.

 X  PSR adopted, as amended.

 X  Guidelines are adopted.

___ Guidelines adopted, as amended.

 X  The defendant is sentenced as follows:

 X  The defendant is sentenced to a period of imprisonment of
    24 months on Count 1,    to be followed by a period of
    supervised release of 3 years.

 X  Special conditions of supervised release:

 X  The defendant shall not possess a firearm, ammunition, or
    destructive device.

 X  Other: The defendant shall make full financial disclosure to
    the Probation Dept. and pay restitution of $142,000.00.

___ The defendant shall be fined the sum of $            .

_X_ The fine shall be waived due to the defendant's inability to pay such a fine.

_X_ Special assessment of $100 is imposed on each count for a total assessment of    100.00 .

___ The defendant's motion for a downward departure of the Guidelines is hereby:

___ Decision entered on the record.

___ On motion of the AUSA the remaining counts of the Indictment and/or Superseding Indictment are hereby dismissed.

_X_ The defendant is advised of his right to appeal.

The defendant ___remains in custody.   _X_remains on bail.
             ___is remanded.    _X_shall surrender on _1/ 4/2010_.