Honorable Judge Joanna Seybert
U.S. Court House
10th Floor
Central Islip, NY 11722
Docket # CR-05-654

RECEIVED 10/20/10
IN CHAMBERS OF
HON. JOANNA SEYBERT
★ OCT 28 2010 ★

I am requesting an extension of my surrender date for about 6 months because of my present medical conditions & treatment.

I am under the medical procedure which will last at least 2 months, at which time I will be tested to see if it worked. If not I am a strong candidate for open heart surgery because of my angina & shortness of breath.

Currently, I'm under the constant supervision with my doctors.

Please extend my surrender date until which time my condition stabilizes.

Thank you,
Michael A. Fox
17 Dove Cote Lane
Commack, NY 11725
516-526-3320 (cell)

Defendant's request is GRANTED. HE MUST REPORT ON February 8, 2011. NO FURTHER ADJOURNMENTS WILL BE GRANTED.

SO ORDERED:
Joanna Seybert, USDJ
Dated: Nov. 3, 2010
Central Islip, NY