M to J

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JAN 26 2011 ★

LONG ISLAND OFFICE

IN CHAMBERS OF
HON. JOANNA SEYBERT

★ JAN 24 [...] ★

Honorable Judge Joanna Seybert
U.S. Court House
10th floor
Central Islip, NY. 11722

1/20/11

Docket # CR-05-654

I am asking the courts to have mercy regarding my incarceration. I have had numerous medical procedures (stenting & ERCP) since my conviction. My medical condition has not been able to be controlled. I'm still under consent medical care by my cardiologist Dr Hershman and surgeon Dr Moses.

Since my original incarceration in 2005 I have ~~had~~ have been a model citizen with my parole officer Ms Annie Gonzales.

I am requesting an extension of surrender date until such time as my medical condition is under control.

If the courts approve I would gladly do house arrest as I have a stable car salesman job for the past 5½ years. This suggestion can only help remove the stress that is not good for condition

My doctor has offered to speak to your Honor personally to discuss my medical condition. I would be glad to submit to a medical exam from a court order doctor.

Thank you
Michael A. Fox
27 Dovecote Lane
Commack, NY 11725
516-526-3320 (cell)

Defendant's application is DENIED.

SO ORDERED:
/ Joanna Seybert / USDJ
Dated: 1/26/2011
Central Islip, NY